■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN M. NACK, Appellant. [40 NYS3d 793]—Peters, P.J. Appeal from a judgment of the County Court of Otsego County (Burns, J.), rendered March 22, 2013, which revoked defendant's probation and imposed a sentence of imprisonment.

Defendant pleaded guilty to criminal sale of a controlled substance in the fifth degree and was sentenced to five years of probation. Subsequently, defendant admitted to violating a condition of his probation, with the understanding that his probation would be revoked and he would be sentenced to 2½ years in prison to be followed by one year of postrelease supervision, with the sentence to run consecutively to a sentence imposed on another conviction. County Court imposed the agreed-upon sentence and defendant now appeals.

We reject defendant's sole contention on appeal that the sentence is harsh and excessive. Given defendant's criminal history, and that he specifically agreed to the sentence as part of his admission to violating his probation, we discern no extraordinary circumstances or an abuse of discretion warranting a modification of the sentence (*see People v Kerwin*, 117 AD3d 1097, 1098 [2014]; *People v Flanders*, 110 AD3d 1112, 1113 [2013]).

McCarthy, Lynch, Rose and Mulvey, JJ., concur. Ordered that the judgment is affirmed.